

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:        In re Dolcefino Communications, LLC

Appellate case number:     01-20-00382-CV

Trial court case number:    19-CV-0814

Trial court:               405th District Court of Galveston County

Date motion filed:        January 11, 2021

Party filing motion:       Relator, Dolcefino Communications, LLC


The en banc court has unanimously voted to deny relator's motion for en banc reconsideration. It is ordered that the motion is **denied**.


Judge's signature: ____/s/ April Farris_____
                    Acting for the En Banc Court*

* En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: __April 6, 2021_____